UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Nos. 3:06-CR-74-3-BR
     3:06-CR-403-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| SAMUEL THOMAS CURRIN | ) | |
| | ) | |

The government is DIRECTED to file a written response to defendant's motion for variance sentence on or before noon 31 August 2007.

This 27 August 2007.

_____
W. Earl Britt
Senior U.S. District Judge