UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF NORTH CAROLINA
WESTERN

UNITED STATES OF AMERICA

VS.

NO. 3:06-CR-74-3BR (WD/NC)

Samuel Thomas Currin

ORDER TO SURRENDER

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED**:

The defendant, Samuel Thomas Currin, surrender to the U. S. Bureau of Prisons by reporting:

    ____ to the U. S. Marshal's Office, Raleigh, N.C. as directed;
    ____ to the U. S. Marshal's Office, Raleigh, N.C. by ____ am/pm on _____;
    ✓ to the designated institution before 2:00 am/pm on _____;
    ✓ when otherwise notified by the Court or U.S. Marshal's Service to report.

As a condition of the defendant's release, the defendant shall continue to report to the Pretrial Services Office or, if under supervision of the U.S. Probation Office, to that office in the manner and at such times as directed.

09.04.07
Date

_____
Presiding Judge

ACKNOWLEDGMENT:

I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

_____
Defendant

WITNESS BY:
_____
Defendant's Attorney