THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL THOMAS CURRIN | Nos. 3:06-CR-74-3 (Britt)<br>3:06-CR-403 (Britt)<br><br>**ORDER** |

This matter is before the Court on Defendant Samuel Thomas Currin's unopposed motion to stay the date on which he is due to report to the Bureau of Prisons by thirty (30) days from March 19, 2008, to April 19, 2008. For good cause shown, the motion is ALLOWED.

The date on which Defendant Currin has to report to the Bureau of Prisons is stayed until April 19, 2008.

This 14 March 2008.

_____
W. Earl Britt
Senior U.S. District Judge