UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Nos. 3:06-CR-74-3-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | O R D E R |
| ) | |
| ) | |
| SAMUEL THOMAS CURRIN ) | |
| ) | |

This matter is before the court on the government's motion to seal its motion pursuant to Fed. R. Crim. P. 35(b)(1). Because the Rule 35 motion contains information relating to the ongoing investigation of co-conspirators who have not yet been indicted, the motion to seal is ALLOWED.

This 8 September 2008.

W. Earl Britt
Senior U.S. District Judge