UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Nos. 3:06-CR-74-3-BR
3:06-CR-403-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| SAMUEL THOMAS CURRIN | ) | |
| | ) | |

The hearing on the government's Rule 35 motions is hereby SET for 13 July 2009 at 9:00 a.m., Federal Courthouse and Building, 310 New Bern Avenue, Courtroom 2, Raleigh, North Carolina. Defendant's presence is NOT required at the hearing.

This 22 May 2009.

_____
W. Earl Britt
Senior U.S. District Judge